**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(973) 776-7700**

CHAMBERS OF  
**JAMES B. CLARK, III**  
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE  
50 WALNUT ST. ROOM 2060  
NEWARK, NJ 07102

October 24, 2024

## LETTER ORDER

Re: **Leak v. City of Paterson, et al.**
**Civil Action No. 22-6994 (MEF)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) Defendants shall provide responses to Plaintiff's written discovery requests by **November 22, 2024**.

2) Fact discovery shall be completed by **January 31, 2025**.

3) The Court will conduct a telephone status conference with the parties on **January 9, 2025 at 10:00 AM**. Counsel for Plaintiff shall initiate the call. Prior to the call, the parties shall exchange updated settlement positions.

**IT IS SO ORDERED.**

                         s/ James B. Clark, III  
                         **JAMES B. CLARK, III**  
                         **United States Magistrate Judge**