**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(973) 776-7700**

CHAMBERS OF  
**JAMES B. CLARK, III**  
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE  
**50 WALNUT ST. ROOM 2060**  
**NEWARK, NJ 07102**

January 2, 2025

**<u>LETTER ORDER</u>**

    Re:    <u>**Leak v. City of Paterson, et al.**</u>  
            **Civil Action No. 22-6994 (MEF)**

Dear Counsel,

The telephone conference scheduled in this matter for **<u>January 9, 2025 at 10:00 AM</u>** is adjourned to **<u>January 29, 2025 at 12:00 PM</u>**.

**IT IS SO ORDERED.**

                                                                   s/ James B. Clark, III  
                                                           **JAMES B. CLARK, III**  
                                                           **United States Magistrate Judge**